MICHAEL J. HEYMAN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: stephan.collins@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:25-cr-00073-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES |
| vs. | Vio. of 21 U.S.C. §§ 846, 841(a)(1), & (b)(1)(A) |
| BERNARD RAY MULLEN, JR., | |
| Defendant. | CRIMINAL FORFEITURE ALLEGATION: 21 U.S.C. §§ 853(a)(1) & (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown but at least by on or about June 20, 2025 and continuing to on or about October 2, 2025, within the District of Alaska and elsewhere, the defendant, BERNARD RAY MULLEN, JR., did knowingly and intentionally combine,

conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, its isomers, and salts of isomers.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 963, the defendant, BERNARD RAY MULLEN, JR., shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including, but not limited to, a forfeiture money judgment equal to the value of the property, and including:

1. Approximately $70,111.00 in U.S. currency.
2. A 2020 SILVER CHEVROLET 1500 PICK-UP TRUCK, BEARING ALASKA REGISTRATION KGC926, VIN 3GCPYFED6LG361237

//
//

All pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Stephan A. Collins</u>
STEPHAN A. COLLINS
Assistant U.S. Attorney
United States of America

<u>s/ Michael J. Heyman</u>
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: <u>    11/19/25    </u>